**FILED**

**NOV 1 8 2014**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID PATRICK ALFORD )
        Petitioner, )
        vs )
WILLIAM KNIPP, Warden )
        Respondent. )

CV-14-02904-JST (PR)

ORDER RE: CJA APPOINTMENT
OF AND AUTHORITY TO PAY
COURT APPOINTED COUNSEL

    The individual named above as petitioner, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the petitioner is indigent, therefore;

    IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the petitioner.

Dennis Riordan
523 Octavia St.
San Francisco, CA 94102
(415) 431-3472 x 103

Appointing Judge: Judge Tigar

11/18/14
Date of Order

11/14/2014
Nunc Pro Tunc Date