# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM KNIPP,<br><br>    Defendant. | Case No.  14-cv-02904-JST<br><br>**SCHEDULING ORDER** |

Counsel having been appointed for the petitioner, ECF No. 6, the Court hereby ORDERS that an amended petition shall be filed within thirty days of the date of this order.  The Court will then review the amended petition to determine whether an order to show cause should be issued; if it is, a schedule for the answer and traverse will be set in that order.

**IT IS SO ORDERED.**

Dated:  January 9, 2015

_____
JON S. TIGAR
United States District Judge