IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PATRICK ALFORD,** | Case No. 14-cv-02904-JST |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **JOE A. LIZARRAGA,** | |
| Respondent. | |

In light of the hearing on the State's motion for reconsideration being continued until October 12, 2016, the Court hereby extends the State's deadline to release petitioner or commence retrial proceedings to 30 days after the Court rules on the State's motion for reconsideration, ECF No. 41.

IT IS SO ORDERED.

Dated: September 12, 2016

_____
The Honorable Jon S. Tigar

1

[Proposed] Order (14-cv-02904-JST)